UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13 B 21423 |
| BOOKER LAGRONE, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | Adv. No. 14 A 00578 |
| BOOKER LAGRONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LVNV FUNDING LLC AND | ) | |
| RESURGENT CAPITAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

PROPOSED CONLUSIONS OF LAW

    For the reasons set out in the Memorandum of Decision filed together with this order, it is recommended that the District Court for the Northern District of Illinois dismiss this proceeding.

Dated:  May 14, 2015

Eugene R. Wedoff
United States Bankruptcy Judge